IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**Deutsche Bank National Trust Company,**
*Trustee on behalf of the Certificateholders*
*of Morgan Stanley ABS Capital I Inc.*
*Trust 2004-HE7,Mortgage Pass-Through*
*Certificates, Series 2004-HE7*

      **Plaintiff,**
v.                                                                                                  No. 11-cv-981-DRH-SCW

**Paul Steven Brueggemann a/k/a Paul S.**
**Brueggemann; Christina M. Brueggeman a/k/a**
**Christina M. Bruns; United States of America;**
**Washington County Hospital; Pinckneyvile**
**Community Hospital; Personal Finance**
**Company, LLC; Unknown Owners and**
**Nonrecord Claimants**

      **Defendants.**

### ORDER

**HERNDON, Chief Judge:**

Before the Court is plaintiff's motion for voluntary dismissal pursuant to FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(B) (Doc. 15). Plaintiff seeks voluntary dismissal of the parties sued herein as Unknown Owners and Nonrecord Claimants as defendants in this action. Voluntary dismissal under Rule 41(a)(1) is appropriate as the Unknown Owners and Nonrecord Claimants have not answered the complaint. The Court hereby **ACKNOWLEDGES** said voluntary

dismissal and holds that defendants Unknown Owners and Nonrecord Claimants are **DISMISSED WITHOUT PREJUDICE**.

    **IT IS SO ORDERED**.

Signed this 4th day of May, 2012.

Digitally signed by David R. Herndon
Date: 2012.05.04 13:58:15 -05'00'

**Chief Judge**
**United States District Court**